UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | No. 1:19-cv-283-CWD<br><br>ORDER TO STAY BRIEFING ON MOTION FOR SUMMARY JUDGMENT [DKT. 7] AND VACATE SCHEDULING CONFERENCE |

The parties' Joint Motion and Stipulation to Stay Briefing and Vacate Scheduling Conference, ECF No 13, is **GRANTED**. The Scheduling Conference presently scheduled for October 28, 2019 is **VACATED**. If Defendant completes production of records responsive to Plaintiff's FOIA request on October 18, 2019, as stipulated, the parties shall confer and file a Joint Status Report on or before November 4, 2018, informing the Court how the case should proceed. If Defendant does not complete production of records responsive to Plaintiff's FOIA request on October 18, 2019, as stipulated, Defendant shall file a response to Plaintiff's Motion for Partial Summary Judgment, ECF No. 7, on November 4, 2019. Plaintiff may file a response or reply on or before November 11, 2019.

DATED: August 29, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY AND VACATE CONFERENCE-1