Talasi B. Brooks (ISB #9712)
Scott Lake (ISB #10493)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 336-9077 (Brooks)
tbrooks@westernwatersheds.org
scott@westernwatersheds.org

Attorneys for Plaintiff Western Watersheds Project

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CALIFORNIA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Robert.Firpo@usdoj.gov

Attorneys for Defendant Bureau of Land Management

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 1:19-cv-283-CWD<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

JOINT MOTION TO DISMISS—1

Plaintiff Western Watersheds Project and Defendant Bureau of Land Management, by and though their respective counsel, hereby stipulate and agree that the above-captioned action be dismissed, with prejudice, pursuant to simultaneously filed fully executed settlement agreement.

DATED this 8th day of January, 2020.

/s/ Talasi B. Brooks
Talasi Brooks (ISB #9712)
Staff Attorney
Western Watersheds Project
(208)336-9077

Attorney for Plaintiff


BART M. DAVIS
UNITED STATES ATTORNEY
By:


 /s/ Robert B. Firpo
ROBERT B. FIRPO
Assistant United States Attorney
(208) 334-1724

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th date of January, 2020, I filed the foregoing JOINT MOTION TO DISMISS, along with the accompanying SETTLEMENT AGREEMENT, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CALIFORNIA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788

Talasi B. Brooks (ISB #9712)
Scott Lake (ISB #10493)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701

/s/ Talasi B. Brooks
Talasi Brooks (ISB #9712)
Staff Attorney
Western Watersheds Project
(208)336-9077

Attorney for Plaintiff

JOINT MOTION TO DISMISS—3