UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 1:19-CV-283-CWD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties' Settlement Agreement (ECF No. 19-1) and Stipulation for Dismissal with Prejudice (ECF No. 19) having been presented to the Court, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is **DISMISSED WITH PREJUDICE** in its entirety pursuant to the fully executed Settlement Agreement, with the Court retaining jurisdiction to enforce the Settlement Agreement (as provided therein).

DATED: January 8, 2020

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE -1**